Fill in this information to identify the case:

Debtor name: **DC Solar Distribution, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ahern Rentals Inc.<br>P.O. Box 271390<br>Las Vegas, NV 89127-1390 | | | | | | $1,192,310.75 |
| Hancock Whitney Equipment Financing<br>228 St. Charles Ave., Suite 312<br>New Orleans, LA 70130 | | | | | | $207,000.00 |
| JG Energy Solutions, LLC<br>1422 Chalfront Drive<br>Schaumburg, IL 60194-2732 | | | | | | $164,500.00 |
| Solar Eclipse Investment Fund IV<br>4901 Park Road<br>Benicia, CA 94510 | | | | | | $201,471.25 |
| Solar Eclipse Investment Fund VII<br>4901 Park Road<br>Benicia, CA 94510 | | | | | | $170,250.00 |
| Solar Eclipse Investment Fund VIII<br>4901 Park Road<br>Benicia, CA 94510 | | | | | | $166,845.00 |
| Solar Eclipse Investment Fund XII<br>4901 Park Road<br>Benicia, CA 94510 | | | | | | $162,788.75 |
| Solar Eclipse Investment Fund XIV<br>4901 Park Road<br>Benicia, CA 94510 | | | | | | $165,710.00 |

Debtor  **DC Solar Distribution, Inc.**        Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Solar Eclipse Investment Fund XVI** **4901 Park Road Benicia, CA 94510** | | | | | | **$241,765.50** |
| **Solar Eclipse Investment Fund XVIII** **4901 Park Road Benicia, CA 94510** | | | | | | **$837,900.00** |
| **Solar Eclipse Investment Fund XXII** **4901 Park Road Benicia, CA 94510** | | | | | | **$174,937.50** |
| **Solar Eclipse Investment Fund XXIII** **4901 Park Road Benicia, CA 94510** | | | | | | **$1,596,000.00** |
| **Solar Eclipse Investment Fund XXIX** **4901 Park Road Benicia, CA 94510** | | | | | | **$1,596,000.00** |
| **Solar Eclipse Investment Fund XXVI** **4901 Park Road Benicia, CA 94510** | | | | | | **$468,120.00** |
| **Solar Eclipse Investment Fund XXVII** **4901 Park Road Benicia, CA 94510** | | | | | | **$220,500.00** |
| **Solar Eclipse Investment Fund XXX** **4901 Park Road Benicia, CA 94510** | | | | | | **$934,830.00** |
| **Solar Eclipse Investment Fund XXXII** **4901 Park Road Benicia, CA 94510** | | | | | | **$301,000.00** |
| **Solar Eclipse Investment Fund XXXIII** **4901 Park Road Benicia, CA 94510** | | | | | | **$1,400,000.00** |

Debtor  **DC Solar Distribution, Inc.**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Solar Eclipse Investment Fund XXXIV**  **4901 Park Road**  **Benicia, CA 94510** | | | | | | **$970,632.00** |
| **Sun Trust Equipment Finance & Leasing**  **P.O. Box 79194**  **Baltimore, MD 21279-0194** | | | | | | **$620,000.00** |